

**Michael L. Parson**
Governor

**Trevor Foley**
Acting Director

2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-751-4099

**State of Missouri**
# DEPARTMENT OF CORRECTIONS
*"Improving Lives for Safer Communities"*

### GRIEVANCE APPEAL RESPONSE

February 27, 2024

Javonne Dupree
Register #1367978
Southeast Correctional Center (SECC)

RE:    SECC-23-795
       Other
       Received on January 30, 2024
       Reviewed on February 27, 2024

Your appeal dated January 29, 2024, has been reviewed. The grievance response you received adequately addressed your complaint. Your complaint claims staff violated policy by opening your legal mail outside of your presence. Your further claim this resulted in you receiving a false conduct violation for #11.2- Possession and/or Use of a Controlled and/or Intoxicating Substance: Being involved in any way with an agreement, scheme, or plan to introduce a controlled substance or intoxicant into a department facility, tracking number SECC23-03357. After a careful review of the Corrective Action Report (CAR), the conduct violation, and all other records presented to me, I have not found any violation of policy and procedure. You have failed to provide any evidence to support your claim that you are innocent or that your due process rights have been violated. Your violation and sanctions given will remain a part of your classification file. Your appeal is denied.

Jason Lewis
Deputy Division Director
Division of Adult Institutions

JL/kk

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE APPEAL**

| INSTITUTION USE ONLY | |
| --- | --- |
| GRIEVANCE NUMBER: SECC-23- | JAN 30 2024 |
| DATE FILED: | 795 |

## OFFENDER SECTION - MUST COMPLETE WITH INK

| OFFENDER NAME | DOC I.D. | INSTITUTION |
| --- | --- | --- |
| Ja'vonne Dupree | 1367978 | Secc |

**REASON FOR APPEAL**

See ITT

| OFFENDER SIGNATURE | DOC I.D. | DATE |
| --- | --- | --- |
| Ja'vonne Dupree | 1367978 | 1-29-24 |

## DIVISION DIRECTOR OR DESIGNEE RESPONSE

| DIVISION DIRECTOR OR DESIGNEE SIGNATURE | | DATE |
| --- | --- | --- |

**Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40.**

| OFFENDER SIGNATURE | DOC I.D. | DATE |
| --- | --- | --- |

MO 931-3378 (9-22)



# DIVISION OF ADULT INSTITUTIONS

### Southeast Correctional Center

| Grievance |
| --- |

**DATE:** January 9, 2024

**LOG #:** SECC 23-795

**CATEGORY:** #8 Other

**OFFENDER:** Dupree, Ja'Vonne #1367978

I am in receipt of your grievance dated December 19, 2023. Your complaint is staff opened your legal mail and you were not present.

Your Informal Resolution Request adequately addressed your complaint. A package was received for you at Southeast Correctional Center. After determining that the package was not legal mail, it was opened and reviewed. You then received a conduct violation due to the papers were saturated with liquefied synthetic cannabinoids. Staff followed policy. You have failed to provide any evidence to support your claim.

**Recommendation: Based on these findings, your grievance is denied.**

**12/19/2023**     1/9/24
**DATE RECEIVED**     **DATE REVIEWED**       **Warden/Designee**
**Southeast Correctional Center**



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| INSTITUTION USE ONLY | |
|---|---|
| GRIEVANCE NUMBER: SECC23-795 | |
| CATEGORY: Other | DATE FILED DEC 19 2023 |

## OFFENDER SECTION - MUST COMPLETE WITH INK

| OFFENDER NAME | DOC I.D. | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|
| Dupree, Ja'vonne | 1367978 | HU 2 | C | SECC |

**OFFENDER GRIEVANCE OR REQUEST**

I filed a Irr Stating Secc Staff violated IS13-1.1 offender mail procedure under section F. incoming mail 13. Which States For security reasons, all incoming privileged mail shall be opened and inspected in the presence of the offender in accordance with sop. I never Stated Staff had no reasonable cause and suspicion to search my mail like they Stated in my Irr response findings. My only arguement is Secc staff didn't do this search with me present like policy states. It's a fact this didn't happen because I got locked up off the big yard on 10-17-23 between the times of 3:30pm to 4:00pm and was brought straight to Medical, to the body scan, than to Ad-seg. It's a fact I've got legal mail from Mr. Washington over 6 times and inspected in my face with no problems. It's a fact the one time my legal mail wasn't inspected in my face I'm being accused of having drugs. Also without lab test there was no way for him to say for a fact it was liquefied synthetic cannabinoids. I never discussed drugs only got a tracking # I should've never got a violation before they found out the true results from a lab test, I've attached the rest of my evidence to this grievance.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Ja'vonne Dupree | 1367978 | 12-15-23 |

## CAO OR DESIGNEE RESPONSE

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE | I.D. NUMBER | DATE |
|---|---|---|
| | 105923 | 1-9-24 |

**YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.**

☐ I ACCEPT THIS DECISION     ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

MO 931-3377 (9-22)



# DIVISION OF ADULT INSTITUTIONS

### Southeast Correctional Center

| Grievance |
| --- |

**DATE:**        **April 22, 2024**

**LOG #:**       **SECC 23-907**

**CATEGORY:**   **#7 Force**

**OFFENDER:**   **Dupree, Javonne #1367978**

I am in receipt of your grievance dated April 11, 2024.  Your complaint is staff used excessive force on you on 11/21/23.

Your complaint and all pertinent information has been reviewed.  The Use of Force was warranted.  The packet went in front of the final review committee.  Per policy, *"Personnel action taken as a result of a complaint is confidential"*.

**Recommendation:  Based on these findings,  your Grievance is denied.**

_____            _____            _____
**4/11/2024**                    4/23/24                   **Warden/Designee**
**DATE RECEIVED**        **DATE REVIEWED**       **Southeast Correctional Center**

R.W.  11/30/23

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**INFORMAL RESOLUTION REQUEST**

| INSTITUTION USE ONLY |
| --- |
| ☐ **EMERGENCY COMPLAINT** |
| CATEGORY: use of force   DATE RECEIVED: 12/5/23 |
| COMPLAINT NUMBER: SECC 23-907 |

**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME | DOC I.D. | HOUSING UNIT |
| --- | --- | --- |
| Ja'vonne Dupree | 1367978 | 2-C-101 |

STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE. BE SPECIFIC.

C.C. Attachment. My complaint is Attached to this Irr.

RECEIVED

MAR 0 1 2024

SECC DWOM

ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.

C.C. Attachment. The remedies I'm seeking are Attached to this Irr.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
| --- | --- | --- |
| Javonne Dupree | 1367978 | 11-30-23 |

**INSTITUTION STAFF MEMBER USE ONLY**

DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.

See attached highlighted section.. Offender stated that COI Nelson assaulted him and was to aggressive.

☐ IRR RESOLVED BY DISCUSSION OR WITHDRAWN     ☑ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DOC I.D. | DATE | STAFF MEMBER SIGNATURE | I.D NUMBER | DATE |
| --- | --- | --- | --- | --- | --- |
|  |  | 12-14-23 |  | 136836 | 12/14/23 |

**STAFF FINDINGS - RESPONSE**

COPY

See Attachment

| INVESTIGATING STAFF MEMBER SIGNATURE | I.D NUMBER | DATE | RESPONDENT SIGNATURE | I.D NUMBER | DATE |
| --- | --- | --- | --- | --- | --- |
|  | 176936 | 2/28/24 |  | 53904 | 3/29/24 |

| REVIEWER SIGNATURE | I.D NUMBER | DATE | RESULTS: ☐ SATISFACTORY ☑ UNSATISFACTORY |
| --- | --- | --- | --- |
|  | 5301 | 4-3-24 | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
| --- | --- | --- |
| Javonne Dupree | 1367978 | 4-4-24 |

1/3

On 11-21-2023 between the times of 12:30pm and 1:15pm CoI Nelson returned me Javonne Dupree 1367978 back to my cell 2C-106. After my mechanical wrist restraints were removed I inquired about the whereabouts of my afternoon/lunch meal. At this time he stated that my cell has been feed already and he wasn't feeding my cell again he put two trays in my cell that's on my celly. At this time I put my hands on the food port while it was still open and asked him to call the sgt. in hopes I would get a tray delivered to me because I had not eaten yet. At this time CoI Nelson told me to remove my hands from the food port I'm not doing that I feed this cell that's, that take that up with him. Talking about my celly. I stated to him again call a sgt. I'm not about to fight my celly over no tray you gave him. That's not on me I was on the bench when you passed out trays you wasn't suppose to give him my tray. I wasn't on the bench because I pc I was on the bench due to my ad-seg hearing you got to feed me. CoI Nelson again stated I'm not doing that remove your hands from the food port. I stated the same thing over again. At this time he grabbed his MK-14 pepper spray I grabbed my cover he immediately started spraying me reholstered his MK-14. Then grabbed my right hand out the food port and started to bend and twist my fingers I tried to grab his hand to pull his hands off my right hand. At this time he smashed the food port over and over again on my arms and wrist. These things were done intentionally to inflict pain upon me simply because I asked to be feed. Note CoI Nelson did not call in over the radio what he was doing. It took for inmates to kick on the doors to get the attention of Sgt. Fearless who was walking from the bubble to the back office. When sgt. Fearless came in he pulled out his MK-14 pepper spray and approached my food port. When he got to my food port after hearing me begging for him to help me he looked at CoI Nelson bending my fingers and immediately reholstered his MK-14 grabbed CoI Nelson hands off mine and made him leave the wing. Sgt. Fearless then over looked my bleeding swollen hands, my



2/3

brusied whipped arms from the slamming of the food port to them. At this time he asked me was I ok I couldn't responed at first because I was out of breath from the wrestling and mace that was sprayed on my person and also in my cell and cover. He immediatly called medical they assessed me then put me in for emergency x-rays do to the visiable wounds and swellen to my right hand. Note CoI Nelson never called in the spontaneous use of force, nor reported it to his superior officer as S.O.P policy dictates. S.O.P 20-3.1 use of force guidelines & reports. After being maced. You are to be allowed to use the eye wash station. I wasn't taken out of my cell for a hour & that was only to get a partial x-ray for my hand injuries, therefore denying my rights & policy. Nelson also violated D2-11.16 staff member conduct III procedures. (Section C. Perform duties responsibly), (Section G. Make ethical decisions & act in an ethical manner), (Section H. Hold themselves & all others staff members accountable for their actions), (Section B. Treat all persons fairly, honestly & with dignity), (Section K. 1) The respective job components & job expectations through the performance appraisal system. 2) policy & procedure relating to job components & functions. 3) the employee hand book. 4) The department procedure regarding employee standards. Lastly Nelson violated section J of D2-11.10 which is the following. Be truthful in reports, interviews, during investigations or inquires & in other dealings with the public & staff members. Section J. was violated because at 6:55pm 11-21-2023 I was read a CDV that stated the follow events occurred.

On the above date and time. I CoI. Nelson, put offender Dupree, Javonae 1367978 in his cell and removed the mechanical wrist restraints. He held the food port and refused to obey multiple directives to allow closure of the food port. by his own actions this places him in violation of rules 19.1 and 20.1. Refer to Secc23-03816 for this CDV.

Note. this CDV does not include the tremendous & deliberate assault aimed at me by CoI Nelson. That left me with bursied and whipped marked arms from the slamming of the food port to them, My bleeding scared swollen hands or the fact I was maced without going to the eye wash station like I requested. No where in the violation does it state a use of force was utilized therefore covering up his miseconduct. For all these reasons I stated



3/3

in this Irr this places COI Nelson in Violation of 02-11.10 staff member Conduct III procedures under Sections: B, C, g, h, J, K and M. He is also in Violation of SiOiP 20-3.1. CoI Nelson used the food port door as a weapon to intentionally inflict pain and cause me bodily harm. Then bent and twisted my fingers in made me beg him to stop which he did not so I had to wrestle with him so he didn't break my fingers. That's assault which is a criminal offense, I would never give anyone the consent to hurt me. After he started his assault he wouldn't let me pull my hands back into the food port he was pulling my hand out bending my fingers and slamming my arms in the food port to stop me from grabbing his hands off mine.

Remedies Seeking: Punitive & Consequential damages be awarded to me, Officer COI Nelson terminated, My injuries be monitered fully throughout the healing process & I be given full medical ████████ treatment from medical staff without being discriminated against or harassment from staff because of my claim, I won't all cam footage from 2 house which should include A, B, C and D wing in 2 house also, any other camera footage related to two house preserved from 11-21-2023 from the times of 10am to 7pm and also 11-22-2023 from the times of 7am to 6pm for evidence, I also would like to press criminal charges on COI Nelson just like I would be able to do if another inmate did something to hurt me without my consent, I would also like the pictures taken by COI Penrod that sgt. Fearless ordered him to take of my hands and arms between the times of 2:25pm and 2:45pm on 11-21-2023 preserved and copied so I can have a copy of the pictures as well for evidence, I would also like for my sister/emergency contact Temika Willkes to be sent a full copy of any investigations, interviews, reports, pictures, inquires, this Irr and every process after the Irr. dealing with this situation. I would also like the video footage I've asked to preserve be copied to a disk/flash-drive in be sent to Temika Willkes and for her to be contacted via telephone. To be told what is being done about this by myself Javonne Dupree #367978.



# DIVISION OF ADULT INSTITUTIONS

*Southeast Correctional Center*

**IRR Response**

DATE:  February 28, 2024

LOG # : SECC 23- 907

CATEGORY:  Use Of Force

OFFENDER: Ja'vonne Dupree #1367978

Nature of complaint: An Informal Resolution Request has been received and reviewed on your behalf. Your complaint is that COI Nelson was unprofessional and used excessive force against you.

Findings: Your IRR has been received and reviewed. The use of force was sent for final review. Personal actions taken as a result of a complaint is confidential and shall not be specified in the response to the offender.

Recommendation: This should resolve your complaint.

COPY

10/5/23
**DATE RECEIVED**

8/29/24
**DATE REVIEWED**

FUM/Designee
Southeast Correctional Center



**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE APPEAL**

INSTITUTION USE ONLY **RECEIVED**

GRIEVANCE NUMBER: SECC-23- 907

DATE FILED: _____

APR 3 0 2024

SECC
GRIEVANCE OFFICE

**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME | DOC I.D. | INSTITUTION |
|---|---|---|
| Ja'Vonne Dupree | 1367978 | Secc |

**REASON FOR APPEAL**

They didn't allow me to press charges on CoI Nelson like I asked that is my right to do. His actions was so unprofessional he should've lost his job. They didn't tell me one thing that was done to him an fact they didn't grant me not one request I asked for. I have not got the medical attention needed for my hand like I asked. Everyday I'm still in pain and my hand injury effects my everyday task of writing, washing my body and wiping myself after using the bathroom. I'm even being harrassed because of my claim now. Refer to my Irr for Secc 23-907 to further tell you in detail about this situation also my grievance. Note: Medical still haven't tested my hand injury for other damages and it still cause me pain to this day.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Ja'vonne Dupree | 1367978 | 4-25-24 |

**DIVISION DIRECTOR OR DESIGNEE RESPONSE**

SC 202

COPY

| DIVISION DIRECTOR OR DESIGNEE SIGNATURE | | DATE |
|---|---|---|
| | | |

**Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40.**

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Ja'vonne Dupree | 1367978 | 9-6-24 |

MO 931-3378 (9-22)

**Michael L. Parson**
Governor



2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-751-4099

**Trevor Foley**
Acting Director

## State of Missouri
# DEPARTMENT OF CORRECTIONS
*"Improving Lives for Safer Communities"*

### GRIEVANCE APPEAL RESPONSE

August 28, 2024

Javonne Dupree
Register #1367978
Southeast Correctional Center

RE:   SECC-23-907
      Use of Force
      Received on April 30, 2024
      Reviewed on August 28, 2024

Your appeal dated April 25, 2024, has been reviewed. The grievance response you received adequately addressed your complaint. Your complaint claims that excessive force was used against you on November 21, 2023. I have not found any violation of policy and procedure. You have failed to provide any evidence to support your claim. Your appeal is denied.

Jason Lewis
Deputy Division Director
Division of Adult Institutions

COPY

JL/rc

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

R.W. 4/4/24

**INSTITUTION USE ONLY**  RECEIVED

GRIEVANCE NUMBER: _SECC 23-907_

CATEGORY: _None_    DATE FILED: APR 11 2024

SECC
GRIEVANCE OFFICE

**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME | DOC I.D. | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|
| Ja'vonne Dupree | 1367978 | 2-C | 202 | Secc |

**OFFENDER GRIEVANCE OR REQUEST**    11-30-23

I got a response today ~~to a irr~~ I filed ~~~~ well over the 40 calander days they have to respond to my Irr. They did not allow me to press charges on COI Nelson like I asked that is my right to do. His actions was so unprofessional he should have lost job. They did not tell me one thing that was done to him an fact they didn't grant me not one request I asked for. I have not gotten the medical attention needed for my hand like I asked. Everyday I'm still in pain and my hand injury effects my everyday task of writing, washing my body and wiping myself after using the bathroom. I'm even being harrassed because of my claim now. Refer to my Irr for Secc 23-907 to further tell you in detail what COI Nelson did to me and the remedies I was seeking that I didn't get. ~~~~ See 4 pg attachment also that I put with this grievance.

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Ja'vonne Dupree | 1367978 | 4-4-24 |

**CAO OR DESIGNEE RESPONSE**

2C 211

COPY

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE | I.D NUMBER | DATE |
|---|---|---|
| | 105 923 | 4/23/24 |

YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.

☐ I ACCEPT THIS DECISION    ☑ I APPEAL THIS DECISION

| | | DATE |
|---|---|---|
| Ja'vonne Dupree | 1367978 | 9-25-24 |

MO 931-3377 (9-22)

14

📄 COPY

On 11-21-23 between the times of 12:30pm and 1:15pm CoI Nelson returned me Jaivonne Dupree #1367978 back to my cell 2-C-101. After my mechanical wrist restraints were removed I inquired about the whereabouts of my afternoon/lunch meal. At this time he stated "that my cell has been feed already and he wasn't feeding my cell again he put 2 trays in my cell that's on my celly. At this time I put my hands on the food port while it was still open and asked him to call the sgt. in hopes I would get a tray deliver to me because I had not eaten yet. At this time CoI Nelson told me to remove my hands from the food port I'm not doing that I feed this cell that's, that take that up with him, talking about my celly. I stated to him again call a sgt. I'm not about to fight my celly over no tray you gave him. That's not on me I was on the bench when you passed out trays you wasn't suppose to give him my tray. I wasn't on the bench because I pc I was on the bench due to my ad-seg hearing you got to feed me. CoI Nelson again stated I'm not doing that remove your hands from the food port. I stated the same thing over again. At that time he grabbed his MK-14 pepper spray. I grabbed my cover he immediately started spraying me reholstered his MK-14. Then grabbed my right hand out the food port and started to bend and twist my fingers. I tried to grab his hands to pull his hand off my right hand. At that time he smashed the food port over and over again on my arms and wrist. These things were done intentionally to inflict pain upon me simply because I asked to be feed. Note CoI Nelson did not call in over the radio what he was doing. It took for inmates to kick on the doors to get the attention of sgt. Fairless who was walking from the bubble to the back office. when sgt. Fairless came in he pulled out his MK-14 pepper spray and approached my food port. When he got to my food port after hearing me begging for him to help me he looked at CoI Nelson bending my fingers and immediately reholstered his MK-14 grabbed CoI Nelson hands off mine and made him leave the wing. Sgt. Fairless

2/4

then over looked my bleeding swollen hands, my brusied whipped arms from the smashing of the food port to them. At this time he asked me was I ok I could not responed at first because I was out of breath from the wrestling and Mace that was sprayed on my person and also in my cell and cover. So he immediately called Medical they assessed me then put me in for emergency x-rays do to the visiable wounds and swellen to my right hand. Note CoI Nelson never called in the spontaneous use of force, nor reported it to his superior officer as S.O.P policy dictates. S.O.P 20-3.1 use of force guidelines & reports after being maced. You are to be allowed to use the eye wash station I wasn't taken out of my cell for a hour & that was only to get a partial x-ray for my hand injuries, therefore denying my rights & policy. Nelson also Violated D2-11.10 staff member conduct III procedures. (Section C. perform duties responsibly) for the reasons I stated in this irr. (Section G. Make ethical decisions & act in an ethical manner), (Section H. hold themselves & all others staff members accountable for their actions), (Section B. Treat all persons fairly, honestly & with dignity), (Section K. 1) The respective Job components & Job expectations through the performance appraisal system. 2) policy & procedure relating to Job components & functions. 3) the employee handbook. 4) The department procedure regarding employee standards), (Section J. be truthful in reports, interviews, during investigations or inquires & in other dealings with the public & staff members) for the reasons stated in this irr these were violated. Section J was violated because at 6:55pm 11-21-23 I was read a CDV that stated the following events occurred.

On the above date and time. I CoI Nelson, put offender Dupree, Javonne 1367978 in his cell and removed the mechanical wrist restraints. He held the food port and refused to obey multiple directives to allow closure of the port. By his own actions this places him in violation of rules 19.1 and 20.1. Refer to secc23-03816 for this CDV.

3/4



Note. this write-up does not include the tremendous & deliberate assault aimed at me by CoI Nelson. That left me with bursied and whipped marked arms from the slamming of the food port to them, My bleeding scared swollen hands or the fact I was maced without going to the eye wash station like I requested. No where in the violation does it state a use of force was utilized therefore covering up his misconduct. For all these reasons I stated in this irc this places CoI Nelson in Violation of D2-11.10 Staff member conduct III procedures under section B, C, G, H, J, K and M. He is also in violation of S.O.P 20-3.1. CoI Nelson used the food port door as a weapon to intentionally inflict pain and cause me bodily harm. Then bent and twisted my fingers in made me beg him to stop which he did not so I had to wrestle with him so he didn't break my fingers. That's assault which is a criminal offense I would never give anyone the consent to hurt me. After he started his assault he wouldn't let me pull my hands back in the food port he was pulling my hand out bending my fingers and slamming my arms in the food port to stop me from grabbing his hand off mine. Remedies seeking: Punitive & Consequential damages be awarded to me; Officer CoI Nelson terminated, My injuries be monitered fully throughout the healing process & I be given full medical treatment without being discriminated against or Harassment from staff because of my claim, I won't all cam footage from 2 house which should include A, b, C and d wing in 2 house. Also, any other camera working in 2 house preserved from 11-21-23 from the times of 10am to 7pm for evidence, I also would like to press criminal charges on CoI Nelson Just like I would be able to do if another inmate did something to hurt me without my consent, I would also like the pictures taken by CoI Penrod that Sgt. Fearless ordered him to take of my hands and arms preserved and copied so I can have a copy of the pictures as well, I would also like for my sister/emergency contact Temika Wilkes to be sent a full copy of any investigations, interviews, reports, pictures, inquires, My irc and every process after the irc dealing with this situation. I

4/4

Would also like the video footage I've asked to preserve be copied to a disk/Flash drive in be sent to Temika Wilkes and for her to be contacted via telephone. To be told what is being done about this by Myself Savonne Dupree.

COPY

Please Note: in my iff Sgt. Fearless name spelled correct is Fairless. In this 4pg complaint I've added to this grievance this correction was made. to My best Knowledge everyone else name is spelled correct. To this current date COZ Nelson is still a COZ at SeCC. COZ Penrod is now Sgt. Penrod at SeCC and Sgt. Fairless is still a Sgt. at SeCC. I would like all the remedies I was seeking be granted to me. COZ Nelson has caused me permanent physical injuries to my right hand, Permanent Marks on my arms and both hands where he cut my skin open with the slamming of the food port to them. He has also caused me mental damage everyday I get up. I'm worried about if a C.O is going to harm me. I want to press criminal charges on COZ Nelson for his actions and abuse of power. I'm a inmate with rights COZ Nelson is not above the law. Not allowing me to press charges after acknowledging his wrong doings. Makes you a criminal by trying to cover up his actions and not hold him accountable.

I am currently Waiting on full copies of
this Grievance process I will send once I get them.
Use of force ISS copy PG1
from Feb 29, 2024

On 2-29-24 Sgt. Fairless pulled me out of 2-C-217 with
excessive use of force. After pulling me to the ground I laid
with my arms and hands hanging from the side of the cell door
by a tether. Which caused the cuffs to cut into my wrist. I was
still laying on the ground with my legs in the doorway screaming I
didn't pc I said this over and over into the follow events ended.
Sgt. Fairless grabbed my legs out the doorway tried to close the door
but my legs was still there. So he started to kick my legs to
move them. At this time Sgt. Fairless told me to stand up. I repeated
I didn't pc uncuff me from the door. After doing so they picked
me up and dropped me at that time Sgt. Fairless pulled out his MK-14
and told me to stand up. During this time COZ Faither came in the
wing Sgt. Fairless told him to get leg cuffes. After COZ. Fultcher
came back I was flipped on my belly feet pulled in the
air and got my legs cuffed. After this was done Sgt. Fairless
told me to stand up. I said how can I stand up with leg
cuffs and my wrist cuffed behind my back. He shoved his MK-14
in my face then told me come on mother fucker stand. I
repeated the same thing and said I didn't pc I'm not resisting.
C-wing beaware I'm not resisting. Sgt. Fairless sprayed me
directly in my eyes, nose and mouth. Then Fairless, german and
Fultcher dragged me to the bench. I asked to be taking to
the eye wash station. Sgt. Fairless told me no sit his ass on
the bench. Which places him in violation of S.O.P 20-3rd
use of force guidelines & reports after being maced you are to be
allowed to use the eye wash station. Note: Nurse Jackie
came in the wing she asked was I took to the eye wash
station I said no. She started to wipe the mace off my
face then left. Nurse Jackie came back to assess me then
told me she'll tell LT. wal's to get them to take me to
the eye wash station. All this happen on 2-29-24 between
the times of 10am and 11:30 am. For these reasons this place
Sgt. Fairless in violation of D2-11.10 staff member conduct III

Pg 2

Use of force ZII copy
From Feb 29, 2024

Procedures under sections @ B, C, 9, And K. Sgt. Fairless Sprayed me while I was defenseless face down on the ground with my legs and wrist cuffed. All these events have caused me hand injuries and shoulder injuries from the hanging off the door by a tether. I have got no medical attention for either problem.


Remedies seeking: Punitive, consequential damages be awarded to me, All cameras working in 2 house be preserved from 2-28-24, 2-29-24, 3-22-24, 3-29-24, 4-2-24, 4-4-24, 4-5-24 and 4-9-24, I would also like COI Brinderman for these days to be preserved, To be given full medical treatment without being discriminated against or harassment from staff because of my claims

## Informal Resolution Request
## Response

**To: Dupree, Javonne #1367978**

**Institution: Southeast Correctional Center**



**IRR Number: SECC-24-595**

**Date of IRR: 01/27/25**

Your IRR has been received and reviewed as well as your healthcare record. The purpose of this review is to determine if necessary health care, as determined by your health care providers, has been provided to you. This assessment of your health care needs may differ from your personal desires.

Your concern is understood to be that you have continuing hand pain.

Subsequent to review and investigation, the results are as follows:  You recently saw your provider for a physical, but no mention of continued hand discomfort was noted.

In conclusion, you are being scheduled again for provider evaluation of your complaint.

fabricate    ___09/26/24___    ___02/12/25___    _____
reasonable    Date Received    Date of Response    E.Achter LPN
tetnus

terminated
        throughly

Grievance Category (check one):

| ☐ Medication | ☐ Quality of Care | ☐ Safety & Sanitation | ☐ Equipment/Supplies | ☐ Unfair Treatment/Rights Violation |
| ■ Treatment | ☐ Specialty Care | ☐ Passes | ☐ ADA | ☐ Other |
| ☐ Access to Care | ☐ Staff | ☐ Diet | ☐ Medical Records | |

RECEIVED

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS** SEP 26 2024
**INFORMAL RESOLUTION REQUEST**

CENTURION

| **INSTITUTION USE ONLY** | |
|---|---|
| ☐ **EMERGENCY COMPLAINT** | |
| CATEGORY: Medical | DATE RECEIVED: 7/30/24 |
| COMPLAINT NUMBER: SECC-24- 575 | |

**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME | DOC I.D. | HOUSING UNIT |
|---|---|---|
| Dupree, Javonne | 1367978 | 2C-2## |

**STATE YOUR COMPLAINT OR PROBLEM BRIEFLY. ONLY ONE ISSUE. BE SPECIFIC.**

CC: Attachment 1pg

📑 COPY

**ACTION REQUESTED - STATE THE REMEDIES YOU ARE SEEKING.**

CC: Attachment 1pg

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| Javonne Dupree | 1367978 | 5-21-24 |

**INSTITUTION STAFF MEMBER USE ONLY**

**DISCUSSION OF COMPLAINT - SUMMARIZE THE RESULTS OF THE MEETING.**

pt not seen for this per pt. Attended education

☐ **IRR RESOLVED BY DISCUSSION OR WITHDRAWN**    ☑ **IRR NOT RESOLVED BY DISCUSSION**

| OFFENDER SIGNATURE | DOC I.D. | DATE | STAFF MEMBER SIGNATURE | I.D NUMBER | DATE |
|---|---|---|---|---|---|
| Javonne Dupree | 1367978 | 2-12-25 | Emily Acuser | | 2/12/25 |

**STAFF FINDINGS - RESPONSE**

RECEIVED
FEB 18 2025
SECC

| INVESTIGATING STAFF MEMBER SIGNATURE | I.D NUMBER | DATE | RESPONDENT SIGNATURE | I.D NUMBER | DATE |
|---|---|---|---|---|---|
| | | | | | |

| REVIEWER SIGNATURE | I.D NUMBER | DATE | | | |
|---|---|---|---|---|---|
| | 1351 | 2-21-25 | RESULTS: ☐ SATISFACTORY  ☐ UNSATISFACTORY | | |

**YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.**

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

MO 931-3376 (9-22)    DISTRIBUTON: COPY - OFFENDER;    COPY - IRR FILE

📑 **COPY**

I JaVonne Dupree have put in 6 hsr's from the last time I was seen by a doctor for my hand. In these hsr's I've told medical that my hand condition has not shown improvement. The hand exercises they gave me do not stop the pain I feel in my finger and the meds they gave me for pain don't work. It effects my writing, washing my body and wiping myself. Every morning I wake up I can't move this finger unless I start to work it out. ~~De asked for my~~ Medical has only checked my finger for a broken bone. There is multiple injuries that could cause me the pain and discomfort i'm feeling in my right index finger. They refuse to test me or send me out to get tested for my injuries. Due to the fact a metal food port was smashed over and over against my skin and bone. I could have ligament, tendon or any other damage to my finger besides bone damage that I may not know of. Also, I haven't once been treated for my left shoulder injury that happen on 2-29-24. My last hsr was on 4-10-24 asking to be treated for this injury while I was in 2-C-202 I've got no treatment for this injury at all not even a x-ray and my pain is a 7. I told them this in my hsr matter fact on 4-25-24 medical did a mass nurse sick call. I still got no treatment for my shoulder nor further treatment for my right hand index finger. I suffered this hand injury 11-21-23 and I still feel pain and discomfort.

Remedies Seeking: I want my medical needs to be treated properly and monitored fully throughout the healing process. I also would like all cam footage preserved.

RW

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| INSTITUTION USE ONLY | |
|---|---|
| GRIEVANCE NUMBER: SECC 24 595 | |
| CATEGORY: Medical | DATE FILED: _____ |

**OFFENDER SECTION - MUST COMPLETE WITH INK**

| OFFENDER NAME | DOC I.D. | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|
| JaVonne Dupree | 1367978 | 2-⬤ | B-216 | SeCC |

**OFFENDER GRIEVANCE OR REQUEST**

After I received my IRR response for my continuing hand pain and left shoulder, It was said that my provider which is Melinda Sorbello gave me a physical and I made no statements telling her about my on-going pain after she did a physical. Let it be known that Melinda Sorbello is not only a bad provider with no true concern for my health but now she is fabricating medical reports to say that I am in good health and i'm not. Also let it be known she did not do a true physical on me she never once touched my body. She only asked me a few questions about my past, asked me did I want a tetnus shot, a hIV test and was there anything else wrong with me. I answerd all her questions I wanted the tetnus shot and hIV test. Then I told ~~him about the problem~~ CC: Attachment 1pg

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| *[signature]* | 1367978 | 2-26-25 |

**CAO OR DESIGNEE RESPONSE**

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE | I.D NUMBER | DATE |
|---|---|---|

YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.

☐ I ACCEPT THIS DECISION    ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|

MO 931-3377 (9-22)

her I still have to do the hand exercises she gave me to properly move My finger it still cause me pain, I told her my shoulder on the left side pop out of place with ease and that my left Knee cause me pain of a 7 and sometimes it gives out on me. Her Only ~~response~~ response to my needs was Keep taking the ibuprofen for pain and kept typing something into the computer. Now with the evidence you have provided me Melinda Sorbello has no intentions on getting my old on-going pains fixed, which is clear by her not reporting its still a problem. So with reasonable thinking I have to believe she is not going to get my new problem with my knee fixed, which is very concerning, My Knee is giving out on me and the one person who is suppose to ensure my good health is covering up My bad health with false reports.

Remedies Seeking: I will like ~~too~~ Melinda Sorbello investigated and terminated, I will like to have a new provider I know longer trust Melinda Sorbello with my life, I would like a true physical done to see if I'm ok, I would like for my right ~~oo~~ hand, left shoulder and left knee to be throughly evaluated and treated properly and monitered fully throughout the healing process. I would also like a full paper copy of my whole medical file granted to me.

mail
23-795

mail force
23-907

force
24-263

due process
24-430

stamps
25-342

25-302
food

## Grievance Response

**To: Dupree, Javonne  #1367978**

**Institution: SECC**

**Grievance Number: SECC-24-595**

**Date of Grievance: 03/06/2025**

Your Grievance has been received and reviewed as well as your medical record. The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you.  This assessment of your medical needs may differ from your personal desires.

Your concern is understood to be that you are having hand pain in the mornings.

Subsequent to review and investigation, the results are as follows: You have had x-rays that did not show any issues and was seen by the provider on 3/3/25.  You were given hand exercises and said that they helped.  However, your provider did put in a referral for physical therapy, which was approved.

In conclusion, you have been seen by your provider and are being treated for your symptoms.

If your medical condition changes, please address any concerns through the sick call process at your facility.

_3/07/25_____          ___4/7/25_____          _Rachal Leija  HSA_____
Date Received          Date of Response          Health Service Administrator



COPY

RECEIVED

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS** MAR 0 7 2025
**OFFENDER GRIEVANCE**

CENTURION

RW

RECEIVED

**INSTITUTION USE ONLY**

GRIEVANCE NUMBER: SECC 24 595

CATEGORY: Medical    DATE FILED: MAR 0 6 2025

SECC
GRIEVANCE OFFICE

| OFFENDER SECTION - MUST COMPLETE WITH INK | | | | | |
|---|---|---|---|---|---|
| OFFENDER NAME Ja'Vonne Dupree | DOC I.D. 1367978 | HOUSING UNIT 2- | UNIT B-216 | INSTITUTION SeCC | |

**OFFENDER GRIEVANCE OR REQUEST**

After I received my IRR response for my continuing hand pain and left shoulder, It was said that my provider which is Melinda Sorbello gave me a physical and I made no statements telling her about my on-going pain after she did a physical. Let it be known that Melinda Sorbello is not only a bad provider with no true concern for my health but now she is fabricating medical reports to say that I am in good health and i'm not. Also let it be known she did not do a true physical on me she never once touched my body. She only asked me a few questions about my past, asked me did I want a tetnus shot, a hIV test and was there anything else wrong with me. I answerd all her questions I wanted the tetnus shot and hIV test. Then I told ~~the whole nurse~~ CC: Attachment 1pg

| OFFENDER SIGNATURE Ja'Vonne Dupree | DOC I.D. 1367978 | DATE 2-26-25 |
|---|---|---|

| CAO OR DESIGNEE RESPONSE | | |
|---|---|---|
| | | |

| CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE SIGNATURE | I.D NUMBER 105923 | DATE 4-9-25 |
|---|---|---|

**YOU HAVE THE RIGHT TO APPEAL THE DECISION TO A DIVISION DIRECTOR. YOU MUST FILE AN APPEAL FORM WITH THE GRIEVANCE OFFICER WITHIN SEVEN DAYS FROM THE DAY YOU RECEIVE THIS DECISION. FAILURE TO SUBMIT AN APPEAL WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT OF THE GRIEVANCE.**

☐ I ACCEPT THIS DECISION    ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DOC I.D. | DATE |
|---|---|---|
| | | |

MO 931-3377 (9-22)