**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAVONNE D. DUPREE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:25-cv-00070-CMS |
| | ) | |
| MELINDA SORBELLO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is Plaintiff's Motion to Proceed *in Forma Pauperis*, Doc. [2]. For the reasons set forth below, Plaintiff's motion to proceed *in forma pauperis* is granted. The Court will assess an initial partial filing fee of $4.20.

### Background

Plaintiff Javonne Dupree, an inmate at Southeast Correctional Center, filed the instant action pursuant to 42 U.S.C. § 1983. Doc. [1]. In his Complaint, Plaintiff attempts to assert multiple claims against 21 defendants, including claims for (1) interference with legal mail; (2) unlawful use of force; (3) deliberate indifference to his medical needs; (4) excessive use of force; and (5) cruel and unusual punishment under the Fourteenth Amendment. *See* Doc. [1], p. 1–47.

### MOTION TO PROCEED *IN FORMA PAUPERIS*

Pursuant to 28 U.S.C. § 1915(b), a prisoner bringing a civil action *in forma pauperis* is required to pay the full amount of the filing fee. If the prisoner has insufficient funds in his or her prison account to pay the entire fee, the Court must assess and, when funds exist, collect an initial partial filing fee of 20% of the greater of (1) the average monthly deposits in the prisoner's account, or (2) the average monthly balance in the prisoner's account for the

prior six-month period. § 1915(b)(1). After payment of the initial partial filing fee, the

prisoner is required to make monthly payments of 20% of the preceding month's income

credited to the prisoner's account. § 1915(b)(2). The agency having custody of the prisoner

will forward these monthly payments to the Clerk of Court each time the amount in the

prisoner's account exceeds $10, until the filing fee is fully paid. *Id.*

Plaintiff has submitted an affidavit and a certified copy of his prison account

statement for the six-month period immediately preceding the submission of his Complaint.

Review of Plaintiff's account indicates an average monthly deposit of $21.00 and an average

monthly balance of $4.03. Because Plaintiff has insufficient funds to pay the entire filing fee,

the Court will assess an initial partial filing fee of $4.20, which is 20% of his average

monthly deposit. Plaintiff must pay the initial partial filing fee within thirty (30) days of the

date of this Order.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Proceed *in Forma Pauperis*, Doc. [2], is

**GRANTED**.

**IT IS ALSO ORDERED** that Plaintiff shall pay an initial partial filing fee of $4.20

within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance

payable to "Clerk, United States District Court," and to include: (1) his name; (2) his prison

registration number; (3) the case number; and (4) that the remittance is for an original

proceeding.

**IT IS FINALLY ORDERED** that Plaintiff make monthly payments of 20% of the

preceding month's income credited to Plaintiff's account by means of the agency having

custody of Plaintiff forwarding these monthly payments to the Clerk of Court each time the

amount in the prisoner's account exceeds $10, until the filing fee is fully paid. 28 U.S.C. § 1915(b)(2).

Plaintiff's failure to timely comply with this Order shall result in the dismissal of this action, without prejudice and without further notice.

Dated this 20th day of August, 2025.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE