UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JAVONNE D. DUPREE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:25-cv-00070-CMS |
| ) | |
| MELINDA SORBELLO, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on review of self-represented Plaintiff Javonne D. Dupree's amended complaint filed February 24, 2026. The amended complaint is defective because Plaintiff has not signed it. Under Federal Rule of Civil Procedure 11, every written pleading or motion must be signed "by a party personally if the party is unrepresented" and the Court may strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." Fed. R. Civ. P. 11(a). As a result, the Court will order the Clerk to return the amended complaint to Plaintiff so that he may sign it and return it to the Court for filing. If Plaintiff fails to comply with this Order, his action will be dismissed without prejudice and without further notice to him.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return Plaintiff's amended complaint to him. (Doc. No. 14).

**IT IS FURTHER ORDERED** that Plaintiff shall sign the amended complaint and return it to the Court within **21 days** of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's action will be dismissed without prejudice and without further notice to him.

Dated this 25th day of February 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE